IN THE UNITED STATES BANKRUPTCY COURT
Western District of Kentucky

| | | |
|---|---|---|
| **In the Matter of:** | } | Case No. 17-33424 |
| | } | |
| **Charlene A. Causey** | } | |
| | } | |
| | } | Chapter 13 |
| **Debtor** | } | |
| | } | |

## SCHEDULE OF ALLOWED CLAIMS

    The Debtor, Charlene A. Causey, by counsel, states that the following claims have been duly proven and should be allowed as stated on the attached claims register and paid in accordance with the Order of Confirmation:

    (See attached Claims Register)

                                          Respectfully submitted,

                                          /s/ Alisha D. Triplett
                                          Alisha D. Triplett
                                          4300 Outer Loop, Ste. 8
                                          Louisville KY 40219
                                          (502) 322-5920; (502) 969-2733 FAX
                                          Alisha_Triplett@yahoo.com

## CERTIFICATE OF SERVICE

    I hereby certify that the attached was served electronically to William W. Lawrence, Chapter 13 Trustee and the U.S. Trustee, and a copy was mailed to the Debtor on March 15, 2018.

                                          /s/ Alisha D. Triplett

## WESTERN DISTRICT OF KENTUCKY
## CLAIMS REGISTER

| Creditor: (6195711)<br>U.S. Department of Education/MOHELA<br>633 Spirit Dr<br>Chesterfield, Mo 63005 | **Claim No: 1**<br>*Original Filed Date*: 10/24/2017<br>*Original Entered Date*: 10/24/2017 |
|---|---|
| Unsecured Claimed:     $23,634.56<br>**Total Claimed:         $23,634.56** ||
| Treat as Stated in the OC; to be paid directly. ||

| Creditor: (6213704)<br>Monroe & Main<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas, TX 75380 | **Claim No: 2**<br>*Original Filed Date*: 11/27/2017<br>*Original Entered Date*: 11/27/2017 |
|---|---|
| Unsecured Claimed:     $579.16<br>**Total Claimed:         $579.16** ||
| Allow as Unsecured in the amount of $579.16. ||

| Creditor: (6213706)<br>Midnight Velvet<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas, TX 75380 | **Claim No: 3**<br>*Original Filed Date*:     11/27/2017<br>*Original Entered Date*:  11/27/2017 |
|---|---|
| Unsecured Claimed:     $782.59<br>**Total Claimed:         $782.59** ||
| Allow as Unsecured in the amount of $782.59. ||

| Creditor:       (6213707)<br><br>Ashro Lifestyle<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas, TX 75380 | **Claim No: 4**<br>*Original Filed Date*: 11/27/2017<br>*Original Entered Date*: 11/27/2017 |
|---|---|
| Unsecured Claimed:    $939.54<br>**Total Claimed:        $939.54** | |
| Allow as Unsecured in the amount of $847.09. | |

| Creditor:       (6213762)<br>Conn Appliances, INC.<br>C/O Becket and Lee LLP<br>PO Box 3002<br>DEPT CONNS<br>Malvern PA 19355-1245 | **Claim No: 5**<br>*Original Filed Date*: 11/27/2017<br>*Original Entered Date*: 11/27/2017 |
|---|---|
| Secured Claimed:        $2,393.00<br>Unsecured Claimed:    $725.55<br>**Total Claimed:          $3,118.55** | |
| Allow as Secured in the amount of $1,435.00, with 5.2% interest and the balance of $1,683.55 unsecured. | |

| Creditor:       (6226021)<br>Capital One, N.A.<br>C/O Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-1245 | **Claim No: 6**<br>*Original Filed Date*: 12/19/2017<br>*Original Entered Date*: 12/19/2017 |
|---|---|
| Unsecured Claimed:    $387.33<br>**Total Claimed:        $387.33** | |
| Allow as Unsecured in the amount of $387.33. | |

| Creditor:      (6240704)<br>Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | **Claim No: 7**<br>*Original Filed Date*: 1/23/2018<br>*Original Entered Date*: 1/23/2018 |
|---|---|
| Unsecured Claimed:    $676.60<br>**Total Claimed:        $676.60** | |
| Allow as Unsecured in the amount of $676.60. ||

| Creditor:      (6245927)<br>Global Lending Services LLC<br>1200 Brookfield Blvd Ste 300<br>Greenville, South Carolina 29603 | **Claim No: 8**<br>*Original Filed Date*: 2/1/2018<br>*Original Entered Date*: 2/1/2018 |
|---|---|
| Secured Claimed:     $12,850.00<br>Unsecured Claimed:    $3,629.29<br>**Total Claimed:         $16,479.29** | |
| Allow as Secured in the amount of $12,850, with 5.5% interest, with the balance of $3,629.29 unsecured. ||

| Creditor:      (6252716)<br>Hyundai Lease Titling Trust<br>PO Box 20825<br>Fountain Valley, CA 92728 | **Claim No: 9**<br>*Original Filed Date*: 2/16/2018<br>*Original Entered Date*: 2/16/2018 |
|---|---|
| Unsecured Claimed:    $275.81<br>**Total Claimed:        $275.81** | |
| Allow as Unsecured in the amount of $275.81. ||

| Creditor:      (6257204)<br>Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | **Claim No: 10**<br>*Original Filed Date*: 02/26/2018<br>*Original Entered Date*: 02/26/2018 |
|---|---|
| Unsecured Claimed:    $488.59<br>**Total Claimed:        $488.59** | |
| Allow as Unsecured in the amount of $488.59. ||

| Creditor: (6257657)<br>Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | **Claim No: 11**<br>*Original Filed Date*: 02/26/2018<br>*Original Entered Date*: 02/26/2018 |
|---|---|
| Unsecured Claimed:  $452.03<br>**Total Claimed:      $452.03** | |
| Allow as Unsecured in the amount of $452.03. | |

| Creditor: (6257657)<br>Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | **Claim No: 12**<br>*Original Filed Date*: 02/26/2018<br>*Original Entered Date*: 02/26/2018 |
|---|---|
| Unsecured Claimed:  $640.75<br>**Total Claimed:      $640.75** | |
| Allow as Unsecured in the amount of $640.75. | |

| Creditor: (6257657)<br>Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | **Claim No: 13**<br>*Original Filed Date*: 02/26/2018<br>*Original Entered Date*: 02/26/2018 |
|---|---|
| Unsecured Claimed:  $640.73<br>**Total Claimed:      $640.73** | |
| Allow as Unsecured in the amount of $640.73. | |

| Creditor: (6228615)<br>Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-078 | **Claim No: 14**<br>*Original Filed Date*: 02/26/2018<br>*Original Entered Date*: 02/26/2018 |
|---|---|
| Unsecured Claimed:  $827.75<br>**Total Claimed:      $827.75** | |
| Allow as Unsecured in the amount of $827.75. | |

| Creditor: (6257657)<br>Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | **Claim No: 15**<br>*Original Filed Date*: 02/26/2018<br>*Original Entered Date*: 02/26/2018 |
|---|---|
| Unsecured Claimed: $831.61<br>**Total Claimed:** **$831.61** | |
| Allow as Unsecured in the amount of $831.61. | |

| Creditor: (6257677)<br>Quantum3 Group LLC as agent for<br>GPCC I LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | **Claim No: 16**<br>*Original Filed Date*: 02/26/2018<br>*Original Entered Date*: 02/26/2018 |
|---|---|
| Unsecured Claimed: $425.57<br>**Total Claimed:** **$425.57** | |
| Allow as Unsecured in the amount of $425.57. | |

| Creditor: (6257657)<br>Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | **Claim No: 17**<br>*Original Filed Date*: 02/26/2018<br>*Original Entered Date*: 02/26/2018 |
|---|---|
| Unsecured Claimed: $179.86<br>**Total Claimed:** **$179.86** | |
| Allow as Unsecured in the amount of $179.86. | |

| Creditor: (6257657)<br>Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | **Claim No: 18**<br>*Original Filed Date*: 02/26/2018<br>*Original Entered Date*: 02/26/2018 |
|---|---|
| Unsecured Claimed: $818.12<br>**Total Claimed:** **$818.12** | |
| Allow as Unsecured in the amount of $818.12. | |

| Creditor: (6257657)<br>Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | **Claim No: 19**<br>*Original Filed Date*: 02/26/2018<br>*Original Entered Date*: 02/26/2018 |
|---|---|
| Unsecured Claimed: $2,879.33<br>**Total Claimed:** **$2,879.33** | |
| Allow as Unsecured in the amount of $2,879.33. | |

| Creditor: (6257657)<br>Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | **Claim No: 20**<br>*Original Filed Date*: 02/26/2018<br>*Original Entered Date*: 02/26/2018 |
|---|---|
| Unsecured Claimed: $74.59<br>**Total Claimed:** **$74.59** | |
| Allow as Unsecured in the amount of $801.03. | |

| Creditor: (6262562)<br>LVNV Funding, LLC its successors and assigns as<br>assignee of FFPM Carmel Holdings I, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | **Claim No: 21**<br>*Original Filed Date*: 03/05/2018<br>*Original Entered Date*: 03/05/2018 |
|---|---|
| Unsecured Claimed:    $553.08<br>**Total Claimed:       $553.08** | |
| Allow as Unsecured in the amount of $553.08. | |

| Creditor: (6262562)<br>LVNV Funding, LLC its successors and assigns as<br>assignee of FFPM Carmel Holdings I, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | **Claim No: 22**<br>*Original Filed Date*: 03/05/2018<br>*Original Entered Date*: 03/05/2018 |
|---|---|
| Unsecured Claimed:    $364.86<br>**Total Claimed:       $364.86** | |
| Allow as Unsecured in the amount of $364.86. | |

| Creditor: (6262592)<br>LVNV Funding, LLC its successors and assigns<br>as assignee of MHC Receivables, LLC and<br>FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | **Claim No: 23**<br>*Original Filed Date*: 03/05/2018<br>*Original Entered Date*: 03/05/2018 |
|---|---|
| Unsecured Claimed:    $431.82<br>**Total Claimed:       $431.82** | |
| Allow as Unsecured in the amount of $431.82. | |

| Creditor:       (6262605)<br>Ashley Funding Services, LLC its successors and assigns as assignee of Laboratory Corporation of America Holdings<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | **Claim No: 24**<br>*Original Filed Date*: 03/05/2018<br>*Original Entered Date*: 03/05/2018 |
|---|---|
| Unsecured Claimed: $91.40<br>**Total Claimed:       $91.40** | |
| Allow as Unsecured in the amount of $91.40. | |

| Creditor:       (6263093)<br>Cavalry SPV I, LLC<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite 200<br>Tucson, AZ 85712 | **Claim No: 25**<br>*Original Filed Date*: 03/05/2018<br>*Original Entered Date*: 03/05/2018 |
|---|---|
| Unsecured Claimed:     $2,483.37<br>**Total Claimed:       $2,483.37** | |
| Allow as Unsecured in the amount of $2,483.37. | |